UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel*. LIBERTY LAW OFFICE, INC., <br>     Plaintiffs, <br> v. <br> THE BLOOM FIRM; LISA BLOOM; AND BRADEN POLLOCK, <br>     Defendants. | No. CV 21-06279 MEMF (PDx) <br><br> **ORDER RE: UNSEALING OF CASE** |

    Plaintiff the United States of America and *qui tam* plaintiff Liberty Law Office, Inc. ("Relator"), having stipulated to the unsealing of the case with certain exceptions, the Court now orders as follows:

    IT IS ORDERED that:

    1.    The seal is lifted from this action in all respects, except as specified in Paragraph 5 below;

    2.    Relator's Complaint is unsealed;

    3.    The United States of America's Notice of Election Re: Intervention and Joint Stipulation Re: Unsealing of Case is unsealed;

4. This Order is unsealed; and

5. All other contents of the Court's file in this action, filed and lodged to date, shall remain permanently under seal and shall not be made public or served upon any defendant or other party or person; and

6. The seal is lifted as to all papers and records filed or lodged in this action after the date of this Order.

IT IS SO ORDERED.

Dated: August 14, 2024

MAAME ESUWI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE