JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* LIBERTY LAW OFFICE, INC., Plaintiffs, v. THE BLOOM FIRM; LISA BLOOM; AND BRADEN POLLOCK, Defendants. | No. CV 21-06279 MEMF (PDx) **ORDER DISMISSING ACTION** |

Plaintiff the United States of America ("the United States") and *qui tam* Plaintiff Liberty Law Office ("Relator"), having jointly requested, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and in accordance with and subject to the Settlement Agreement of August 2, 2024 ("the Settlement Agreement") among these parties and Defendants The Bloom Firm, Lisa Bloom, and Braden Pollock (collectively, "Defendants"), that the above-captioned action ("this action") against Defendants be dismissed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure,

IT IS ORDERED that:

1.    With respect to the Covered Conduct as defined in the Settlement Agreement, this action is dismissed against Defendants with prejudice as to the United States and Relator, subject to the terms of the Settlement Agreement, including that Relator's claim to reasonable attorney's fees and costs under 31 U.S.C. 3730(d) shall not be dismissed and the Court retains jurisdiction over this claim; and

2.    With respect to all other claims alleged in Relator's Complaint:

a.  this action is dismissed without prejudice as to the United States, and

b.  this action is dismissed against Defendants with prejudice as to Relator, subject to the terms of the Settlement Agreement.

IT IS SO ORDERED.

Dated: August 14, 2024

_____
MAAME ESUWI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE